**Affidavit**

I, Kurt Graupmann, a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Law Enforcement Officer at the Lorain Police Department since September 1998 and am currently assigned to the Criminal Investigations Division. While employed, I have conducted investigations of numerous state and federal criminal offenses including, violent crimes and narcotics offenses. I have gained experience through training at the Cleveland Heights Police Academy and everyday work related to these types of investigations.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am familiar with investigations involving drug trafficking - I have previously been involved in investigations identifying whether drugs are personal use or used for sale. Drug users typically have small amounts of narcotics. Drug traffickers tend to have larger amounts along with drug paraphernalia such as a digital scale, bags, etc. Drug traffickers also typically have firearms - this is for the purpose of preventing themselves from getting robbed.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Antonio Bailey, age 35, of Lorain, OH has violated Title 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute Controlled Substances). The statements contained in this affidavit are derived from

information provided to me by members of the Elyria Police Department ("EPD") as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation. Your Affiant has set forth only the facts that he believes are necessary to establish the foundation for the issuance of the arrest warrant.

**Probable Cause**

4. Since January 2026, the Elyria Police Department and Federal Bureau of Investigation has had on going investigation into the INNES DTO. Detectives have conducted a series of controlled drug buys from INNES through multiple confidential informants who have been found to provide reliable information. These confidential informants have cooperated with Detectives for the purpose of obtaining judicial consideration and have prior drug possession history.

5. Detectives have conducted controlled drug buys from INNES to include Fentanyl and Cocaine. Detectives have sent the drugs purchased from INNES to the Bureau of Criminal Investigation Laboratory. These results were returned to the Elyria Police Department and showed the drugs texted positive for Fentanyl and Cocaine. Detectives have seen WILSON on surveillance with INNES while completing multiple drug deals throughout Lorain, Ohio.

6. On August 11, 2026, at approximately 2:51 p.m., an order was signed by the Honorable Philip J Calabrese, United States District Judge, authorizing the interception of wire and communications to and from cellular telephone numbers (440-687-6500, (IMSI) number 310280205621093, **TT-1**, service provided by AT&T corporation, subscribed to by **JUSTIN INNES**, with an address of 421

Foster Avenue Apartment 211C, Elyria, Ohio, know to be possessed and used by **JUSTIN INNES**, and the interception of wire and electronic communications to and from (267) 516-0026, (IMSI) number 311480300269218, **TT-2**, service provided by Verizon Wireless, with no subscriber information, known to be possessed and used by **JUSTIN INNES**.

7. Based on the toll analysis, BAILEY has been identified as a member of INNES DTO, with frequent contact between BAILEY's identified number and INNES TT-2. In late August 2026, investigators conducted surveillance on ANTONIO BAILEY's residence where they observed a gray Chevrolet Silverado arrive and moments later depart the residence. Investigators, realizing that the quick trip, less than 15 minutes, to the residence is indicative of a narcotic transaction organized a traffic stop of the vehicle. Agents pulled over the vehicle within close proximity of the vehicle leaving BAILEY'S residence. Once pulled over, the driver explained that they purchase methamphetamine from "Tone" and Tone pre-packages the methamphetamines in one-gram increments for re-sale. The driver provided Tone's number as 440-219-6243. Finally, the driver identified Tone from a six pack photo array. The person he identified as Tone is Antonio Bailey. A Pen Register Trap and Trace was initiated on 440-219-6243 which shows it in consistent contact with INNES TT-2.

8. The drugs seized from the driver leaving BAILEY'S residence were sent out for testing and confirmed as 3 grams of methamphetamine, a schedule II-controlled substance.

9. On August 27, 2026, at approximately 1:00 p.m., Detectives began physical and electronic surveillance of the INNES DTO. Detectives observed INNES' Mazda3 bearing Ohio License Plate KTY8314, parked in the street near SHELDON WILSON'S residence of 4118 Norfolk Avenue, Lorain, Ohio.

10. At approximately 1:13 p.m., Detectives observed INNES retrieve an item which agents believe contained unknown amount of narcotics, from the driver's side of his Mazda3 while WILSON'S Chrysler 300 is parked in the driveway of 4118 Norfolk Avenue. INNES appeared to place the item he retrieved from his Mazda3 in the front passenger seat area of WILSON'S Chrysler 300. Wilson then exited the driver's seat of his Chrysler 300 and sits in the front passenger seat as INNES gets in the driver's seat. The Chrysler 300 then left the residence, at approximately 3:15 p.m.

11. At approximately 4:26 p.m., INNES and WILSON arrived at 3780 Pearl Road, Cleveland, Ohio (High Shifters Smoke Shop). INNES and WILSON entered the business through the front door of the business. An inquiry of the business revealed prior narcotics investigations through the Cleveland Police Department. The City of Cleveland has a current pending nuisance abatement against the business. It should also be noted that INNES and WILSON passed dozens of similar smoke shops on their way to this location. INNES and WILSON left High Shifters Smoke Shop in the Chrysler 300 at approximately 5:21 p.m.

12. At approximately 5:45 p.m., Detectives observed the Chrysler 300 pull into the Costa Oil Change parking lot, located at 38296 Colorado Avenue, Avon, Ohio.

INNES and WILSON met with an employee, previously identified as Franklin Bailey.

13. At approximately 5:55 p.m., Bailey walked back to the business and the Chrysler 300 left the parking lot. Detectives have observed INNES and WILSON go to the Costa Oil Change on multiple occasions. Detectives have never observed INNES or WILSON get an oil change done on their vehicle. Your Affiant believes Franklin Bailey is connected to the INNES DTO at some level and INNES and Wilson go to the Costa Oil Change to provide Franklin Bailey with narcotics. Based on the fact we have never seen WILSON or INNES receive services during their short stops at the business, these short time stops are typically indicative of drug trafficking

14. INNES received two calls from one of his drug customers, Brian Cothran, one at 5:09 p.m., and another at 5:26 p.m. INNES did not answer either one of these calls. Detectives have observed INNES meet with Cothran multiple times at 1429 Westwood Drive, Lorain, Ohio. INNES and Wilson left the Costa Oil Change and traveled back to Lorain, Ohio.

15. On September 8, 2026, the Honorable Judge Greenberg signed a residential search warrant for Antonio Bailey's residence, 150 Lowell St, Elyria, Ohio. This is the same residence where law enforcement pulled over a customer who had purchased 3 grams of methamphetamine from BAILEY at the end of August 2026.

16. On September 10, 2026, the Elyria Police Department SWAT team executed the search warrant at BAILEY'S residence, 150 Lowell St, Elyria, Ohio. The

residence was secured and searched by members of the Elyria Police Department, Lorain Police Department, Federal Bureau of Investigation (FBI) and the Drug Enforcement Administration (DEA). During the search of the residence law enforcement located approximately two (2) ounces of suspected Fentanyl, approximately two (2) ounces of crack/cocaine, seven (7) rifles, and six (6) pistols. These items were packaged individually in plastic baggies, and in conjunction with the weight, is indicative of distribution and not for possession or personal use.

**Conclusion**

17. Based on the preceding, I believe that probable cause exists which indicates that Antonio Bailey, of Elyria, OH, has violated Title 21 USC Section 841(a)(1) and (b)(1)(C) Distribution and Possession with Intent to Distribute Controlled Substances.

Kurt Graupmann
Task Force Officer
Federal Bureau of Investigation

Sworn to via FaceTime after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3) this 10th day of **September, 2026**.

James E. Grimes Jr., United States Magistrate Judge